IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE ALLEN HODGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY JAIL,<br><br>　　　　　Defendant. | 2:08-cv-01122 RSM<br><br>ORDER DIRECTING PLAINTIFF TO CORRECT DEFICIENCIES IN IFP APPLICATION |

Plaintiff, a state prisoner proceeding pro se, appears to have filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has neither been signed nor dated. In addition, the certified copy of his prison trust account statement does not immediately precede the six month period prior to the filing of his complaint *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

　　　a. a complete "Application to Proceed In Forma Pauperis By a Prisoner" that includes a signature and date from an authorized officer of plaintiff's institution of incarceration; and

1         b. an updated certified copy of plaintiff's prison trust account statement <u>for the six month period immediately preceding the filing of the complaint</u>.

2. The Clerk of the Court is directed to send plaintiff a new "Application to Proceed In Forma Pauperis By a Prisoner"; and

3. Plaintiff is on notice that failure to comply with this Order shall result in dismissal of this action without prejudice.

DATED this 13th day of March, 2009.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE ALLEN HODGES,                    C08-1122 RSM

    Plaintiff,

    v.                                 <u>NOTICE OF SUBMISSION</u>

SHASTA COUNTY JAIL,

    Defendant.
_____

    Plaintiff hereby submits the following document in compliance with the court's order filed on March ____, 2009:

    _____    Complete Application to Proceed In Forma Pauperis by a Prisoner/Certified Copy of Prison Trust Account Statement

DATED: This ____ day of ____, 20____.

                                                       _____
                                                       Plaintiff