IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE ALLEN HODGES,<br><br>                 Plaintiff,<br><br>     v.<br><br>SHASTA COUNTY JAIL,<br><br>                 Defendant. | 2:08-cv-01122 RSM<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

     Plaintiff is a state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). The Court ordered plaintiff to correct deficiencies in his IFP application by including a certified prison trust account statement for the six month period preceding the complaint. Instead, plaintiff submitted a certified trust account statement for the six month period preceding his IFP application. However, the Court finds that under the unusual circumstances of this case, namely that the complaint was filed more than a year ago, plaintiff's finances for the period preceding his latest IFP application are more relevant than his finances for the period preceding the original complaint. Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a) in all other respects. Accordingly, the request to proceed IFP will be granted.

     Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without

ORDER
PAGE - 1

funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Liberally construing plaintiff's inartful pleading, the Court finds that the complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants: Carol Brich

4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the complaint filed August 29, 2008.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed complaint filed August 29, 2008.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States

Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

       7. The Clerk is DIRECTED to change the docket to correctly reflect that the defendant in this case is Carol Birch, not Shasta County Jail. (*See* Complaint, Dkt. #7).

       8. Plaintiff's Motion for Extension of Time (Dkt. #13) is STRICKEN AS MOOT.

Dated this 5th Day of February, 2010.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 3

```
 1
 2
 3
 4
 5
 6
 7
                    UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  **HODGES**,                      )   2:08-cv-01122-RSM
                                     )
10             Plaintiff,            )
                                     )   NOTICE OF SUBMISSION OF
11  vs.                              )   DOCUMENTS
                                     )
12  SACRAMENTO COUNTY JAIL,          )
                                     )
13             Defendant.            )
    _____)
14
15       Plaintiff hereby submits the following documents in compliance
16  with the court's order filed _____:
17       _____    completed summons form
18       _____    completed USM-285 forms
19       _____    copies of the _____
                                  Complaint/Amended Complaint
20
21  DATED:
22                                   _____
                                     Plaintiff
23
```

1