UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE ALLEN HODGES, | CASE NO. C08-1122-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SHASTA COUNTY JAIL, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42 U.S.C. §1983.  Dkt. #1.  On February 8, 2010, this Court granted Plaintiff's request to proceed *in forma pauperis*.  Dkt. #16.  The Court also screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found that the complaint stated a cognizable claim for relief.  *Id.*  Accordingly, and at the direction of the Court, the Clerk of the Court sent plaintiff a USM-285 form, one summons, an instruction sheet, and a copy of the complaint.  Plaintiff was ordered to submit the summons and accompanying documents to the Court for service within thirty days of the date of the order.  *Id.*  Over one year has passed since entry of this order.  To this date, Plaintiff has not submitted the summons or any of the necessary documents to the Court.

ORDER OF DISMISSAL - 1

1

2    The Court now DISMISSES this matter without prejudice in light of Plaintiff's failure to

3  comply with the Court's order to submit summons to the Court within thirty days. *See* Fed. R.

4  Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005)

5  (court may dismiss action pursuant to Rule 41(b) *sua sponte* for failure to prosecute).

6    The Clerk is directed to forward a copy of this order to Plaintiff.

7    Dated this 27th day of May 2011.

8

9

10    `/s/Ricardo S. Martinez`
      RICARDO S. MARTINEZ
11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 2